■ LENORE PANLILIO, Appellant, v RICHARD L. MUELLER, M.D., P.C., Respondent, et al., Defendant. [750 NYS2d 845] —Judgment, Supreme Court, New York County (Jane Solomon, J.), entered December 11, 2001, dismissing the complaint as against defendant-respondent, and bringing up for review

an order which, in an action for medical malpractice alleging failure to timely diagnose colon cancer, insofar as appealed from, granted defendant-respondent's motion for summary judgment dismissing the complaint as against him, unanimously affirmed, without costs.

Plaintiff fails to rebut defendant-respondent's prima facie showings that she did not follow his timely and repeated recommendations to undergo a colonoscopy and that he owed plaintiff no duty to supervise the specialists to whom he referred plaintiff for the colonoscopy (*see Markley v Albany Med. Ctr. Hosp.*, 163 AD2d 639, 640-641; *Kleinert v Begum*, 144 AD2d 645, 647-648). Concur—Nardelli, J.P., Tom, Mazzarelli, Buckley and Ellerin, JJ.